# UNITED STATES DISTRICT COURT
## BOSTON, MASSACHUSETTS 02210

WILLIAM G. YOUNG
CHIEF JUDGE

August 1, 2004

Dear Mary,

Thank you for your letter of July 12, 2004. I enclose the corrections herewith and trust you will find them satisfactory. I apologize for this holographic response but my secretary is on vacation and I wanted to make a timely response.

Respectfully,

████████

RECEIVED
Aug 9 11 11 AM '04
FINANCIAL
DISCLOSURE OFFICE

PART VII

8.  B
    (1)  (2)
    NONE

9.  A  DIV

10.  NONE

11.  NONE

12.  NONE

13.  A  DIV

14.  NONE

15.  A  DIV

16.  A  DIV

17.  NONE

18.  WILLIAMS CO.

D
(1)  (2)  (3)  (4)

SELL  7/9  K  C

On lines 8 and 11, the "T" is an error as these two stock positions were sold entirely.

RECEIVED
Aug 9  11 11 AM '04
FINANCIAL
DISCLOSURE OFFICE

# FINANCIAL DISCLOSURE REPORT

## FOR CALENDAR YEAR 2003

Report Required by the Ethics
in Government Act of 1973,
(5 U.S.C. App. §§101-111)

| 1. Person Reporting (Last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| YOUNG, WILLIAM G. | UNITED STATES DISTRICT COURT DISTRICT OF MASSACHUSETTS | 5/3/04 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| CHIEF JUDGE DISTRICT OF MASSACHUSETTS | ___ Nomination, Date _____ <br> ___ Initial  ✓ Annual  ___ Final | JANUARY 1, 2003 <br> DECEMBER 31, 2003 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| SUITE 5710 <br> JOHN JOSEPH MOAKLEY UNITED STATES COURTHOUSE <br> 1 COURTHOUSE WAY, BOSTON, MA 02210 | Reviewing Officer _____ Date _____ |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of Instructions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| ☐ NONE (No reportable positions.) | |
| LECTURER & FACULTY MEMBER | BOSTON UNIVERSITY LAW SCHOOL |
| LECTURER & FACULTY MEMBER | MASSACHUSETTS CONTINUING LEGAL EDUCATION, INC. |
| TRUSTEE | TRUST |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of Instructions.)

| DATE | PARTIES AND TERMS |
|---|---|
| ✓ NONE (No reportable agreements.) | |

RECEIVED 2004 MAY 7 A 10: 20 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of Instructions.)

### A. Filer's Non-Investment Income

| DATE | SOURCE AND TYPE | GROSS INCOME |
|---|---|---|
| ☐ NONE (No reportable non-investment income.) | | |
| JAN-MAY '03 | BOSTON UNIVERSITY - TEACHING INCOME | $ 15,000.00 |
| SEPT-DEC '03 | MASSACHUSETTS CONTINUING LEGAL EDUCATION, INC. - TEACHING INCOME | $ 7,500.00 |
| | THOMPSON-WEST - BOOK ROYALTIES | $ 6,222.73 |

### B. Spouse's Non-Investment Income - If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

| | |
|---|---|
| ✓ NONE (No reportable non-investment income.) | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| WILLIAM G. YOUNG | MAY 3, 2004 |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| SOURCE | DESCRIPTION | |
|---|---|---|
| ☐ NONE (No such reportable reimbursements.) | | |
| AMERICAN CONFERENCE INSTITUTE | FEB. 20 - TRANSPORTATION | LECTURE - WASHINGTON, D.C. |
| TULANE LAW SCHOOL | FEB. 27-28 - FOOD, LODGING & TRANS. | LECTURE - NEW ORLEANS, LA |
| UNIVERSITY OF TEXAS LAW SCHOOL | MAR. 20-21 - FOOD, LODGING & TRANS. | LECTURE - AUSTIN, TX |
| NEW YORK INTELLECTUAL PROPERTY LAW ASSN | MAR. 28-29 - FOOD, LODGING & TRANS. | MEETING - NEW YORK, NEW YORK |
| FEDERAL RESERVE BANK OF ATLANTA | APRIL 2-5 - FOOD, LODGING & TRANS. | LECTURE - SEA ISLAND, GA. |
| AMERICAN HEALTH LAWYERS ASSN. | OCT. 22 - TRANSPORTATION | LECTURE - WASHINGTON, D.C. |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| ☑ NONE (No such reportable gifts.) | | |
| | | $ |
| | | $ |
| | | $ |
| | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children See pp. 32-33 of Instructions.)*

| CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|
| ☑ NONE (No reportable liabilities.) | | |
| | | |
| | | |
| | | |
| | | |

*Value Codes: J=$15,000 or less  K=$15,001-$50,000  L=$50,001-$100,000  M=$100,001-$250,000
N=$250,001-$500,000  O=$500,001-$1,000,000  P1=$1,000,001-$5,000,000
P2=$5,000,001-$25,000,000  P3=25,000,001-50,000,000  P4=50,000,001 or more

# FINANCIAL DISCLOSURE REPORT

| | |
|---|---|
| Name of Person Reporting | Date of Report |
| WILLIAM G. YOUNG | MAY 3, 2004 |

## VII. Page 1 INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amt. Code1 (A-H) | (2) Type (e.g. div., rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| ☐ NONE (No reportable income, | | | | | | | | | |
| 1 FLEET NATIONAL BANK, NEEDHAM, MA 1) JOINT SAVINGS ACCTS 2) IRA 3) CD | D | INT | N | T | | | | | |
| 2 AKAMAI COMMON STOCK | | NONE | J | T | | | | | |
| 3 AT&T COMMON STOCK | A | DIV | J | T | | | | | |
| 4 KEYSPAN ENERGY COMMON STOCK | A | DIV | J | T | | | | | |
| 5 SBC COMMUNICATIONS COMMON STK | A | DIV | J | T | | | | | |
| 6 VERIZON COMMON STOCK | A | DIV | J | T | | | | | |
| 7 LISTED BELOW ARE THE INCOME PRODUCING ASSETS OF A TRUST I AM THE TRUSTEE | | | | | | | | | |
| 8 AMERADA HESS CORP | | | X | T | BUY SELL | 7/25 9/8 | K | / | |
| 9 BRISTOL- MYERS SQUIBB | | | K | T | BUY | 7/25 | K | | |
| 10 DUKE ENERGY CORP | | | L | T | BUY | 11/19 12/8 12/19 | L | | |
| 11 DUPONT E I DE NEMOURS | | | X | T | BUY SELL | 10/24 12/19 | K K | J | |
| 12 FORD MOTOR CO | | | | | SELL | 12/19 | L | J | |
| 13 GENERAL ELECTRIC CO. | | | K | T | BUY | 10/24 | | | |
| 14 GENERAL MOTORS CORP. | | | | | BUY SELL | 7/25 9/8 | K K | J | |
| 15 HEWLETT PACKARD CO. | | | | | SELL | 7/9 | L | J | |
| 16 SBC COMMUNICATIONS INC | | | L | T | BUY BUY | 11/19 10/19 | K K | | |
| 17 TIME WARNER INC | | | K | T | BUY | 12/19 | K | | |

| 1 Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| 2 Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

PART VII CONTINUED

18. ABN AMRO CAP FUND          B   DIV   K   T

19. NEW YORK ST URB DEV CRP   A   INT   K   T

20. LONG ISLAND PWR AUTHY     A   INT   K   T

21. METROPOLITAN TRANSIT AUTHY D  INT   K   T

22. NEW YORK CITY MUN BOND    B   INT   K   T

23. NEW YORK STATE LCL GOVT   C   INT   K   T

24. NEW YORK STATE DORM AUTHY A   INT   K   T

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app., § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _____          Date _May 9, 2004_

NOTE: ANY INDIVIDUAL W███KNOW████LY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. App., § 104.)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544